PROB 19A                                                                                     SD/FL PACTS No.: 382269

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 13-80222-CR-MARRA-2

U.S.A. vs. Kisha Williams

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF SUPERVISED RELEASEE |||||
|---|---|---|---|---|
| You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the Court. |||||
| NAME OF SUPERVISED RELEASEE<br>Kisha Williams || SEX<br>Female | RACE<br>Black | AGE<br>45 |
| ADDRESS (STREET, CITY, STATE)<br>1108 4th Street, Stone Mountain, Georgia |||||
| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT)<br>United States District Court, Southern District of Florida |||DATE IMPOSED<br>August 22, 2014 ||
| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>United States District Court, Southern District of Florida, Fort Pierce, Florida |||||
| CLERK<br>Angela E. Noble || (BY) DEPUTY CLERK<br>*Irene Ferrante* ||DATE<br>3/25/19 |

| RETURN ||||
|---|---|---|---|
| **Warrant received and executed** | DATE RECEIVED || DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) ||||
|  ||||
| NAME | (BY) || DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for the Southern District of Florida;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _Irene Ferrante_
Deputy Clerk
Date: **Mar 25, 2019**

PROB 12C                                                                    SD/FL PACTS No. 382269
(SD/FL 3/05)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 13-80222-CR-MARRA-2

### PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: Kisha Williams

Name of Sentencing Judicial Officer: The Honorable Kenneth A. Marra, United States District Judge, West Palm Beach, Florida

Date of Original Sentence: August 22, 2014

| | |
|---|---|
| Original Offense: | Count Five: Bank Fraud, 18 U.S.C. § 1344, a Class B felony<br>Count Eight: Aggravated identity theft, 18 U.S.C. § 1028A(a)(1), a Class E felony |
| Original Sentence: | Fifty-one months custody of the United States Bureau of Prisons, twenty-seven months as to Count Five and twenty-four months as to Count Eight, both terms to be served consecutively, followed by a three year term of supervised release, three years as to County Five and one year as to Count Eight, both terms to run concurrently and a $200.00 special assessment. The following special conditions were imposed. The defendant shall: 1) not associate with Regina James or the defendant sin the related cases while on supervised release; 2) submit to a search of her person or property; and 3) participate in an approved treatment program for drug and/or alcohol abuse. |

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: August 2, 2016 |
| Assistant U.S. Attorney:<br>Marc Osborne<br>500 S. Australian Ave<br>West Palm Beach, Florida 33414<br>561-209-1014 | Defense Attorney:<br>Jason Wyatt Kreiss<br>1824 SE 4th Ave<br>Fort Lauderdale, Florida 33316<br>954-525-1971 |

### PETITIONING THE COURT

☒ To issue a warrant
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

PROB 12C  
(SD/FL 3/05)

SD/FL PACTS No. 382269

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 11, 2019, in Fulton County, Georgia, the defendant committed the offense of Forgery 4th Degree (misdemeanor), contrary to Georgia Code 16-9-1(c). |
| 2. | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about February 14, 2019, in Cobb County, Georgia, the defendant committed the offense of Theft of Services, less than $1500.00 (misdemeanor, contrary to Georgia Code 16-8-5. |
| 3. | **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On October 9, 2018, the defendant submitted to a urine specimen for drug testing. The defendant signed a drug admission form admitting to using marijuana on September 13, 2018. |
| 4. | **Violation of Mandatory Condition**, by refusing to submit to drug testing. On November 8, November 14, December 20, 2018, January 16, and February 4, 2019, the defendant failed to submit to drug testing as scheduled by Code-A-Phone. |
| 5. | **Violation of Standard Condition**, by failing to notify the probation office of any change in residence. During the month of March 2018, the defendant moved from her approved residence of 71 Trevitt Drive, Unit B, Stone Mountain, Georgia, and failed to notify the probation office 10 days prior to any change. |
| 6. | **Violation of Standard Condition**, by failing to submit a truthful and complete written monthly report. The defendant's March through May 2018, Monthly Supervision Reports, contained false information regarding the defendant's residence, when in fact, evidence, the defendant moving from residence listed on Monthly Supervision Reports, indicate this to be false. |
| 7. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. To date, the defendant has failed to provide proof of her employment for the months of October, November, and December 2018, as well as January and February 2019. |
| 8. | **Violation of Standard Condition**, by failing to follow the instructions of the probation officer. On February 19 and March 4, 2019, the defendant failed to make contact with her probation officer as instructed. |
| 9. | **Violation of Standard Condition**, by failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. On or about September 18, 2018, in Fulton County, Georgia, the defendant received a citation for Failure to Maintain Lane, and she failed to advise the United States Probation Officer. |

PROB 12C                                                           SD/FL PACTS No. 382269
(SD/FL 3/05)

United States Probation Officer Recommendation:

The term of supervision should be
☒   revoked.
☐   extended for _____ years, for a total term of _____ years.
☐   The conditions of supervision should be modified as follows:

                       I declare under penalty of perjury that the foregoing is true and correct.

                                                Executed on March 25, 2019

*Amanda Maghan*  Amanda Maghan
Mar 25 2019 9:45 AM

Amanda Maghan
United States Probation Officer
Office: 772-467-2380                              Daniel F. Osking
Cellular: 305-903-4493  *DFO*  2019.03.25 09:29:54 -04'00'

THE COURT ORDERS:

☐   No Action
☒   The Issuance of a Warrant
☐   The Issuance of a Summons
☐   Submit a Request for Modifying the Conditions or Term of Supervision

                                           Signature of Judicial Officer

                                           3/25/19
                                            Date

Certified to be a true and correct copy of the document on file
Steven M. Larimore, Clerk,
U.S. District Court
Southern District of Florida
By: _Irene Ferrante_
Deputy Clerk
Date: **Mar 25, 2019**

**Personal History of Absconder**
03/25/2019

CONFIDENTIAL
DO NOT UPLOAD INTO CM/ECF
FORWARD ONLY TO THE USMS



Kisha Williams
SDFL PACTS 382269

| | |
|---|---|
| To: | U.S. MARSHALS, Warrant Supervisor |
| From: | USPO   Unassigned Unassigned |
| Regarding: | Williams, Kisha |
| SD/FL Pacts#: | 382269 |
| Aliases: | WILLIAMS, KISHA HOLIDAY, ANNA HOLIDAY, ANNA PITTMAN, KISHA HOPKINS, ALISHA WILLIAMS, KISHA |
| Offenses: | Bank Fraud, Fraud With Identification Documents, |

| | | | |
|---|---|---|---|
| Gender: | F | Race: | Black |
| DOB: | 11-23-1973 | POB: | Florida |
| Height: | 66 | Weight: | 173 |
| Eyes: | Brown | Hair: | Black |
| FBI: | 258605TA5 | SSN: | 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 |
| MRSCH: | 05005-104 | INS: | |
| Other ID(s): | None | Type of Supervision: | Pretrial Services |

**Complexion** (Scars, Tattos, Deformities, other ID marks):

**In Custody Now:** No  **Drug Use:**    Yes MARIJUANA
**Mental Health:**    No  **Medication(s):**

**Last face-to-face contact (date)**
**Does subject know warrant has been issued?** No

**Nature, place and date of last known arrest and next court appearance**
Two active warrants in Georgia, Fulton County and Cobb County (Misdemeanor charges) Court is pending.

**History of Violence** Yes

**Known co-defendants, associates and areas subject may frequent** (names, aliases, addresses)
Salon Suites, 844 Ralf David Abernathy, Atlanta GA- employment

**Known family and relatives** (name, relation, address, telephone no.)
Anna Holiday, aunt, 1108 4th street, Stone Mountain, GA Phillis Lee, mother, 770-895-1595, 404-371-4101

| | |
|---|---|
| **Current Address** | 1587 39th Avenue Vero Beach, FL 32960 |
| **Address History** | |
| **Current Telephone Number(s)** | (954) 232-6355 (H) kcolepb@gmail.com |
| **Current Employer(s)** | |

**Current Vehicle(s)**

**Year  Color  Make  Model  Tag  State  License  Vin**